Terzian Law Group,
a professional corporation
TAMAR TERZIAN SBN 254148
tamar@terzlaw.com
1122 E. Green Street
Pasadena, CA 91106
Direct: (626) 826-1271

*Proposed Attorneys for Debtor
and Debtor in Possession*

**FILED & ENTERED**

**OCT 17 2025**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA BARBARA DIVISION

| | |
|---|---|
| In re<br><br>WESTSIDE TOW AND TRUCKING, INC.,<br><br>Debtor-in- Possession. | Case No. 9:25-bk-11352 RC<br><br>Chapter 11<br><br>**INTERIM ORDER AUTHORIZING DEBTOR WESTSIDE TOW AND TRUCKING, INC. TO USE CASH COLLATERAL AND PROVIDE ADEQUATE PROTECTION THROUGH OCTOBER 22, 2025, AND SETTING CONTINUED HEARING**<br><br>Date: 10/14/2025<br>Time: 9:00 a.m.<br>Place: Courtroom 201<br>         1415 State Street<br>         Santa Barbara, CA 93101 |

Upon consideration of the *Emergency Motion of Debtor Westside Tow and Transport, Inc. for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling Final Hearing* (the "Motion"), filed by Westside Tow and Transport Inc. (the "Debtor")

**IT IS ORDERED that:**

1. The use of cash collateral is granted in part on an interim basis through and

1

including October 22, 2025, based on the expenses located on the budget attached hereto. For the avoidance of doubt, no payments to insiders are to be made. All other payments for "payroll" shall only relate to post-petition accrued payroll of non-insider employees and payroll taxes related to that payroll.

2. The U.S. Small Business Administration ("SBA") shall be paid an adequate protection payments in the amount of $9,834.00 on October 15, 2025.

3. On an interim basis, as adequate protection for the interest of the SBA and other secured creditors, for, and solely to the extent of, any diminution in the value of their respective interest in the Cash Collateral resulting from (i) the Debtor's use of cash collateral, (ii) the use, sale, or lease of the collateral (other than cash collateral) pursuant to section 363(c) of the Bankruptcy Code and (iii) the imposition of the automatic stay pursuant to section 362(a) of the Bankruptcy Code, SBA is hereby granted a continuing non-avoidable replacement security interest in and lien on the Debtor's personal property, including but not limited to accounts receivable, which shall have the same priority, validity, force, extent, status of perfection (if any), and effect as the prepetition liens that they replace, effective as of the Petition Date without the necessity of the SBA and other secured creditors taking any further action, upon the right, title and interest in the accounts receivable.

4. The Debtor is hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

///
///
///
///
///
///
///
///

5.  The Court will hold a continued hearing on the Motion on October 22, 2025, at 1:00 p.m.  The Debtor shall, on or before October 14, 2025, file and serve notice of the continued hearing on the Motion, and on or before October 17, 2025, shall file and serve any augmentations to the Motion or the budget attached to the Motion.  The Court will hear any oppositions or replies to the Motion at the time of the continued hearing on the Motion.

6.  The Court has and will retain jurisdiction to enforce this Order according to its terms.

###

Date: October 17, 2025

Ronald A. Clifford III
United States Bankruptcy Judge

# Westside Tow & Transport
# Approved Budget Through October 22, 2024

| Projected Budget | Oct. 2025 | Nov. 2025 | Dec. 2025 | Total |
|---|---|---|---|---|
| Income | $ 365,000.00 | $ 355,000.00 | $ 350,000.00 | $ 1,070,000.00 |
| Total Income | $ 365,000.00 | $ 355,000.00 | $ 350,000.00 | $ 1,070,000.00 |
| | | | | |
| 3PL Carriers / Subcontracted Loads (payments to outside carriers) | $ 35,000.00 | $ 20,000.00 | $ 20,000.00 | $ 75,000.00 |
| Driver / Office Admin Salaries | $ 71,000.00 | $ 71,000.00 | $ 71,000.00 | $ 213,000.00 |
| Payroll Taxes (10%) | $ 7,100.00 | $ 7,100.00 | $ 7,100.00 | |
| Total Cost of Transport | $ 113,100.00 | $ 98,100.00 | $ 98,100.00 | $ 288,000.00 |
| **Expenses** | | | | |
| Fuel (diesel/gas, DEF, and fuel card fees) | $ 80,000.00 | $ 95,000.00 | $ 95,000.00 | $ 270,000.00 |
| Truck Loans | | | | $ - |
| Truck Maintenance & Repairs (oil changes, tires, brakes, service intervals, mechanical repairs - lights, winches, ramps, hydraulics) | $ 20,000.00 | $ 10,000.00 | $ 10,000.00 | $ 40,000.00 |
| Truck Insurance (Auto, Cargo, Liability) | $ 23,500.00 | $ 23,500.00 | $ 23,500.00 | $ 70,500.00 |
| Claims & Damages (repairs, deductible payments, refunds) | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 3,000.00 |
| Truck Washes / Detailing (keeping trucks/trailers presentable for clients) | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 3,000.00 |
| Tolls & Scales (road tolls, CAT scale fees, state-to-state trip permits) | $ 200.00 | $ 200.00 | $ 200.00 | $ 600.00 |
| Permits / Registration (IRP, USDOT, MC renewals, apportioned plates, state-to-state trip permits) | $ 500.00 | $ 500.00 | $ 500.00 | $ 1,500.00 |
| Dispatch Software / Load Boards (Central Dispatch, Super Dispatch, etc.) | $ 650.00 | $ 650.00 | $ 650.00 | $ 1,950.00 |
| GPS Subscription (CalAmp) | $ 278.00 | $ 278.00 | $ 278.00 | $ 834.00 |
| Office Rent | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 9,900.00 |
| Mortgage Payment for Yard Arlington Property | | | | |
| Utilities (electricity, water, internet, phone, trash, gas) | $ 800.00 | $ 800.00 | $ 800.00 | $ 2,400.00 |
| Office Supplies / Technology (printer toner, paper, envelopes, paylogs, Magnus TMS, QuickBooks, Adobe, Microsoft 365, email hosting, etc.) | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 3,600.00 |

| Description | | | | |
|---|---:|---:|---:|---:|
| Marketing / Sales / Website / Client Outreach (domain, hosting, online ads, business cards, sales trips, dealership visits) | $ 200.00 | $ 200.00 | $ 200.00 | $ 600.00 |
| Hotel / Food (for long hauls) | $ 500.00 | $ 500.00 | $ 500.00 | $ 1,500.00 |
| Adequate Protection Payments SBA | $9,384 | $9,384 | $9,384 | $ 28,152.00 |
| Misc. Equip. (Straps, winches, tools, shirts with logo, vests, gloves, battery jump starters) | $ 200.00 | $ 200.00 | $ 200.00 | $ 600.00 |
| **Total Expenses** | **$ 142,712.00** | **$ 147,712.00** | **$ 147,712.00** | **$ 438,136.00** |
| | | | | |
| **Total COGS + Expenses** | **$ 255,812.00** | **$ 245,812.00** | **$ 245,812.00** | **$ 726,136.00** |
| | | | | |
| **Total Net Income** | **$ 109,188.00** | **$ 109,188.00** | **$ 104,188.00** | **$ 343,864.00** |