| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Tamar Terzian (SBN 254148)<br>tamar@terzlaw.com<br>1122 E. Green Street<br>Pasadena, CA 91106<br>(818)242-1100<br>(626)826-1271<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Westside Tow & Transport, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>Westside Tow & Transport, Inc.<br><br><br><br>Debtor(s). | CASE NO.: 9:25-bk-11352-RC<br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☒ No hearing: LBR 9013-1(q)<br>☐ Hearing information<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS:    1415 State Street<br>                       Santa Barbara, CA 93101 |
|---|---|

1. <u>Bar Date</u>.  The court has set a deadline of (*date*) __March 6_____, 20_26_ (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate.  ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012        ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☒ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. <u>Form</u>.  You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. <u>Exceptions to the Bar Date</u>.  Exceptions to the Bar Date include, but are not limited to, the following:

   (a) <u>Executory contracts/unexpired leases</u>.  For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease.  *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* | Page 1 | **F 3003-1.NOTICE.BARDATE**

(b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) __10/08/2025__, and therefore calculates that this deadline is (*date*) __04/06/2026__). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: __01/21/2026__         By: __/s/Tamar Terzian__
                             Signature of Debtor, chapter 11 trustee, or their attorney

                             Name: __Tamar Terzian__
                             Printed name of Debtor, chapter 11 trustee, or their attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                             Page 2                             F 3003-1.NOTICE.BARDATE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**1122 E. GREEN ST
PASADENA, CA  91106**

A true and correct copy of the foregoing document(s) entitled:  **"NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]"** will be served or was served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via NEF and hyperlink to the document. On January 21, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Brian David Fittipaldi     brian.fittipaldi@usdoj.gov
Raffi Khatchadourian     raffi@hemar-rousso.com
Elan S Levey     elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
Randall P Mroczynski     randym@cookseylaw.com
Joshua Nyman     josh@ramsaurlaw.com
Tamar Terzian     tamar@terzlaw.com, tkouyoum@gmail.com
United States Trustee (ND)     ustpregion16.nd.ecf@usdoj.gov
Jennifer C Wong     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On January 21, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy/copies thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 21, 2026 | Kathleen Fox | /s/ Kathleen Fox |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing           BMW Financial Services NA, LLC            Continental Bank
0973-9                                    c/o McCarthy & Holthus, LLP               c/o Ramsaur Law P.C.
Case 9:25-bk-11352-RC                     2763 Camino Del Rio South, Suite 100      3070 Bristol St
Central District of California            San Diego, CA 92108-3708                  Suite 640
Santa Barbara                                                                       Suite 640
Wed Jan 21 10:35:21 PST 2026                                                        Costa Mesa, CA 92626-3067

Stellantis Financial Services, Inc.       TD Bank, N.A. successor in interest to TD Au   Westside Tow and Transport Inc.
c/o Randall P. Mroczynski                 c/o Randall P. Mroczynski                 2535 Townsgate Road
Cooksey, Toolen, Gage, Duffy & Woog       Cooksey, Toolen, Gage, Duffy & Woog       Westlake Village, CA 91361-5965
535 Anton Boulevard, Suite 1000           535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664                 Costa Mesa, CA 92626-7664

Northern Division                         American Express Credit Card              American Funding Services
1415 State Street,                        43 Butterfield Circle                     14511 Myford Road Suite 100
Santa Barbara, CA 93101-2511              El Paso, TX 79906-5202                    Tustin CA 92780-7057


American Funding Services, Inc.           American Funding Services-McA             BMW Bank of North America c/o AIS Portfolio
c/o Breuer Law, PLLC                      14511 Myford Road Suite 100               4515 N. Santa Fe Ave. Dept. APS
6501 Congress Ave., Ste. 240              Tustin, CA 92780-7057                     Oklahoma City, OK 73118-7901
Boca Raton, FL 33487-2840


(p)BMW FINANCIAL SERVICES                 Bank of America Credit Card               Bell Bank
CUSTOMER SERVICE CENTER                   1825 E. Buckeye Road                      15490 101st Avenue North
PO BOX 3608                               Phoenix, AZ 85034-4216                    Suite 200
DUBLIN OH 43016-0306                                                                Osseo MN 55369-7563


Bonafide Truck and Heavy Equipment        CFG Merchant Solutions                    Capital One N.A.
Altus Receivables Management              80 Maiden Lane, 15th Floor                by AIS InfoSource LP as agent
2121 Airline Drive Suite 520              New York NY 10038-4883                    PO Box 71083
Metairie, LA 70001-5984                                                             Charlotte, NC  28272-1083


Capital West LLC                          Continental Bank                          Corporation Service Company
9100 Wilshire Blvd 725E                   15 W South TempleSuite 300                801 Adlai Stevenson Drive
Beverly Hills CA 90212-3431               Salt Lake City UT 84101-1542              Springfield IL 62703-4261


County of Riverside Tax Collector         Employment Development Department         Fintap- MCA
PO Box 12005                              Bankruptcy Group MIC 92E, PO BOX 826880   777 Passaic Ave Suite 375
Riverside CA 92502-2205                   Sacramento, CA 95814                      Clifton NJ 07012-1875


Franchise Tax Board                       Gil Hopenstand                            Green Note Capital
Bankruptcy Section MS A340                312 N. Spring St., 5th Floor              1019 Avenue P Suite 401
PO BOX 2952                               Los Angeles, CA 90012-4701                Brooklyn NY 11223-2366
Sacramento CA 95812-2952


Harvest Small Business Finance LLC        Huntington Bank                           Huntington National Bank
24422 Avenida De La Carlota               7 Easton Oval                             7 Easton Oval
Suite 400                                 Columbus OH 43219-6060                    Columbus, OH 43219-6060
Laguna Hills CA 92653-3634
```

| | | |
|---|---|---|
| Huntington National Bank<br>Attn: GWHuntington National Bank<br>Attn: GW4W34 5555 Cleveland Avenue<br>Columbus, OH 43231 | Ian Goldberg<br>777 Passaic Ave, Suite<br>Clifton, NJ 07012-1804 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JB Bostick<br>2870 East La Cresta<br>Anaheim, CA 92806-1816 | JB Bostick Paving<br>2870 E La Cresta Avenue<br>Anaheim CA 92806-1816 | PACCAR Financial Corporation<br>2180 Satelite Blvd<br>Suite 200<br>Duluth GA 30097-4927 |
| PACCAR Financial Corporation2180 Satelite Bl<br>Suite 200<br>Duluth GA 30097 | Pacaar Financial Corp.<br>2501 S. State Hwy 121, Suite 800<br>Lewisville, TX 75067-8229 | Pacific Coast Home Center Corporation<br>9500 Arlington Avenue<br>Riverside, CA 92503-1260 |
| Rich Ogle<br>5500 Wayzata Blvd.<br>Minneapolis, MN 55416-1241 | Rosewood Business Ventures LLC<br>99 Washington Avenue<br>Suite 700<br>Dover DE 19904 | Rosewood Business Ventures, LLC<br>99 Washington Ave, Ste 700<br>Albany, NY 12210-2822 |
| Ross-stern & Associates, Accounting<br>18520 Burbank Blvdw 4104<br>Tarzana, CA 91356-2685 | Rubin Law Firm for Capital West, LLC<br>375 W 200 S Suite 225<br>Salt Lake City, UT 84101 | STELLANTIS FINANCIAL SERVICES c/o PERITUS PO<br>P.O. BOX 1149<br>GRAPEVINE, TX 76099-1149 |
| STEPHEN C. BREUER<br>c/Breuer Law, PLLC<br>6501 Congress Ave., Suite 240<br>Boca Raton, FL 33487-2840 | Sean Morrow<br>180 Maiden Lane 15th Floor<br>New York, NY 10038-5150 | Sheala Vast-Binder<br>4001 Savoy Way<br>McKinney TX 75071-3788 |
| Small Business Administration<br>PO Box 3500<br>Newark OH 43058-3500 | Stellantis Financial<br>3065 Akers Mill Road SE<br>Suite 700<br>Atlanta GA 30339-3124 | Stellantis Financial Services, Inc.<br>5757 Woodway Dr Suite 400<br>Houston, TX 77057-1520 |
| Stephen Breuer<br>6501 Congress Avenue<br>Suite 240<br>Boca Raton, FL 33487-2840 | TD Bank<br>P.O. BOX 34084140 Church Road<br>Mount Laurel, NJ 08054 | TD Bank, N.A.<br>P. O. Box 16041<br>Lewiston, ME 04243-9523 |
| Tamar Terzian<br>Terzian Law Group apc<br>1122 E. Green Street<br>Pasadena CA 91106-2500 | Tramco Management Co. 2, LLC<br>c/o The Johnston Group<br>5142 Clareton Drive, Suite 240<br>Agoura Hills, CA 91301-4446 | Tyra Patton<br>5757 Woodway Dr, Suite 400 77057-1514 |
| (p)U S  SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-4701 | United States Trustee (ND)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Westside Tow & Trucking, Inc.<br>c/o Ramsaur Law P.C.<br>3070 Bristol Street, Ste 640<br>Costa Mesa, CA 92626-3067 |

Tamar Terzian
Terzian Law Group, APC
1122 East Green Street
Suite 200
Pasadena, CA 91106-2500

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| BMW Financial Services | (d)BMW Financial Services | U.S. Small Business Administration |
| P.O. B0X 3608 | P.O. Box 3608 | Office of General Counsel |
| Dublinp OH 43016 | Dublin OH 43016 | 312 North Spring Street 5th Floor |
| | | Los Angeles, CA 90012 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Courtesy NEF | (d)PACCAR Financial Corporation | (d)Westside Tow and Transport Inc |
| | 2180 Satelite Blvd | 2535 Townsgate Road |
| | Suite 200 | Westlake Village CA 91361-5965 |
| | Duluth, GA 30097-4927 | |

End of Label Matrix
Mailable recipients    60
Bypassed recipients     3
Total                  63