Terzian Law Group,
a professional corporation
TAMAR TERZIAN SBN 254148
tamar@terzlaw.com
1122 E. Green Street
Pasadena, CA 91106
Direct: (626) 826-1271
*Attorneys for Debtor*
*and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:25-bk-11352 RC |
| WESTSIDE TOW AND TRANSPORT, INC., | Chapter 11 |
| Debtor-in- Possession. | **NOTICE OF HEARING ON DEBTOR WESTSIDE TOW AND TRANSPORT, INC. FOR ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION** |
| | DATE:    June 17, 2026<br>TIME:     1:00 p.m.<br>PLACE:  Courtroom 201<br>           1415 State Street<br>           Santa Barbara, CA 93101 |

**TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATE BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SECURED CREDITORS, UNSECURED CREDITORS AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court (notice of which will be given separately), in Courtroom 201 of the United States Bankruptcy Court for the Central

1

District of California, Northern Division, located at 1415 State Street, Santa Barbara, CA 93101, debtor Westside Tow & Transport, Inc. (the "Debtor") will and hereby does moves the Court to approve the adequacy of the First Amended Disclosure Statement Describing the Debtor's First Amended Chapter 11 Plan of Reorganization.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 3017-1(b) provides that objections to the adequacy of the Disclosure Statement must be filed and served on the proponent not less than 14 days before the hearing, unless otherwise ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that any objections not filed and served in the manner set forth in Local Bankruptcy Rule 3017-1(b) may be deemed waived.

**PLEASE TAKE FURTHER NOTICE** that the Debtor filed and served the Disclosure Statement on the Office of the United States Trustee and certain parties in interest.

**PLEASE TAKE FURTHER NOTICE** that any response to any opposition shall be due seven (7) days prior to the hearing.

DATED:  May 6, 2026                          Respectfully submitted,

                                             TERZIAN LAW GROUP, a professional
                                             corporation


                                   By:         */s/ Tamar Terzian*
                                             Tamar Terzian
                                             *Attorneys for Debtor*
                                             *and Debtor in Possession*

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**1122 E. GREEN ST
PASADENA, CA  91106**

A true and correct copy of the foregoing document(s) entitled:  **"NNOTICE OF HEARING ON DEBTOR WESTSIDE TOW AND TRANSPORT, INC. FOR ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION "** will be served or was served in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via NEF and hyperlink to the document. On May 6, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Brian David Fittipaldi      brian.fittipaldi@usdoj.gov
Raffi Khatchadourian      raffi@hemar-rousso.com
Elan S Levey      elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
Randall P Mroczynski      randym@cookseylaw.com
Joshua Nyman      josh@ramsaurlaw.com
Tamar Terzian      tamar@terzlaw.com, tkouyoum@gmail.com
United States Trustee (ND)      ustpregion16.nd.ecf@usdoj.gov
Jennifer C Wong      bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On May 6, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy/copies thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 6, 2026 | Kathleen Fox | /s/ Kathleen Fox |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                         **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-9
Case 9:25-bk-11352-RC
Central District of California
Santa Barbara
Wed May  6 10:08:58 PDT 2026

BMW Financial Services NA, LLC
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108-3708

Continental Bank
c/o Ramsaur Law P.C.
3070 Bristol St
Suite 640
Suite 640
Costa Mesa, CA 92626-3067

Harvest Small Business Finance, LLC
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

Stellantis Financial Services, Inc.
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

TD Bank, N.A. successor in interest to TD Au
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

Westside Tow and Transport Inc.
2535 Townsgate Road
Westlake Village, CA 91361-5965

Northern Division
1415 State Street,
Santa Barbara, CA 93101-2511

American Express Credit Card
43 Butterfield Circle
El Paso, TX 79906-5202

American Funding Services
14511 Myford Road Suite 100
Tustin CA 92780-7057

American Funding Services, Inc.
c/o Breuer Law, PLLC
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487-2840

American Funding Services-McA
14511 Myford Road Suite 100
Tustin, CA 92780-7057

Arch & Beam Global LLC
as Trustee of the Shift Technologies
Liquidating Trust
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121-1169

BMW Bank of North America c/o AIS Portfolio
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Bank of America Credit Card
1825 E. Buckeye Road
Phoenix, AZ 85034-4216

Bell Bank
15490 101st Avenue North
Suite 200
Osseo MN 55369-7563

Bonafide Truck and Heavy Equipment
Altus Receivables Management
2121 Airline Drive Suite 520
Metairie, LA 70001-5984

CFG Merchant Solutions
80 Maiden Lane, 15th Floor
New York NY 10038-4883

CFG Merchant Solutions LLC
c/o Kaminski Law PLLC
P. O. Box 247
Grass Lake, MI 49240-0247

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital West LLC
9100 Wilshire Blvd 725E
Beverly Hills CA 90212-3431

Continental Bank
15 W South TempleSuite 300
Salt Lake City UT 84101-1542

Corporation Service Company
801 Adlai Stevenson Drive
Springfield IL 62703-4261

County of Riverside Tax Collector
PO Box 12005
Riverside CA 92502-2205

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Eudora F. S. Arthur
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

Fintap- MCA
777 Passaic Ave Suite 375
Clifton NJ 07012-1875

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

Gil Hopenstand
312 N. Spring St., 5th Floor
Los Angeles, CA 90012-4701

Green Note Capital
1019 Avenue P Suite 401
Brooklyn NY 11223-2366

Harvest Small Business Finance LLC
24422 Avenida De La Carlota
Suite 400
Laguna Hills CA 92653-3634

Harvest Small Business Finance, LLC
Hemar, Rousso & Heald, LLP
c/o Raffi Khatchadourian, Esq.
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436-2829

Huntington Bank
7 Easton Oval
Columbus OH 43219-6060

Huntington National Bank
7 Easton Oval
Columbus, OH 43219-6060

Huntington National Bank
Attn: GWHuntington National Bank
Attn: GW4W34 5555 Cleveland Avenue
Columbus, OH 43231

Ian Goldberg
777 Passaic Ave, Suite
Clifton, NJ 07012-1804

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JB Bostick
2870 East La Cresta
Anaheim, CA 92806-1816

JB Bostick Paving
2870 E La Cresta Avenue
Anaheim CA 92806-1816

PACCAR Financial Corporation
2180 Satelite Blvd
Suite 200
Duluth GA 30097-4927

PACCAR Financial Corporation2180 Satelite Bl
Suite 200
Duluth GA 30097

Pacaar Financial Corp.
2501 S. State Hwy 121, Suite 800
Lewisville, TX 75067-8229

Pacific Coast Home Center Corporation
9500 Arlington Avenue
Riverside, CA 92503-1260

RDM Capital Funding LLC DBA FinTap
c/o Kaminski Law PLLC
P. O. Box 247
Grass Lake, MI 49240-0247

Rich Ogle
5500 Wayzata Blvd.
Minneapolis, MN 55416-1241

Rosewood Business Ventures LLC
99 Washington Avenue
Suite 700
Dover DE 19904

Rosewood Business Ventures, LLC
99 Washington Ave, Ste 700
Albany, NY 12210-2822

Ross-stern & Associates, Accounting
18520 Burbank Blvdw 4104
Tarzana, CA 91356-2685

Rubin Law Firm for Capital West, LLC
375 W 200 S Suite 225
Salt Lake City, UT 84101

STELLANTIS FINANCIAL SERVICES c/o PERITUS PO
P.O. BOX 1149
GRAPEVINE, TX 76099-1149

STEPHEN C. BREUER
c/Breuer Law, PLLC
6501 Congress Ave., Suite 240
Boca Raton, FL 33487-2840

Sean Morrow
180 Maiden Lane 15th Floor
New York, NY 10038-5150

Sheala Vast-Binder
4001 Savoy Way
McKinney TX 75071-3788

Small Business Administration
PO Box 3500
Newark OH 43058-3500

Stellantis Financial
3065 Akers Mill Road SE
Suite 700
Atlanta GA 30339-3124

Stellantis Financial Services, Inc.
5757 Woodway Dr Suite 400
Houston, TX 77057-1520

Stephen Breuer
6501 Congress Avenue
Suite 240
Boca Raton, FL 33487-2840

TD Bank
P.O. BOX 34084140 Church Road
Mount Laurel, NJ 08054

TD Bank, N.A.
P. O. Box 16041
Lewiston, ME 04243-9523

Tamar Terzian
Terzian Law Group apc
1122 E. Green Street
Pasadena CA 91106-2500

The Huntington National Bank C/O Eudora Arth
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

Tramco Management Co. 2, LLC
c/o The Johnston Group
5142 Clareton Drive, Suite 240
Agoura Hills, CA 91301-4446

Tyra Patton
5757 Woodway Dr, Suite 400 77057-1514

(p)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

United States Trustee (ND)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Westside Tow & Trucking, Inc.
c/o Ramsaur Law P.C.
3070 Bristol Street, Ste 640
Costa Mesa, CA 92626-3067

Tamar Terzian
Terzian Law Group, APC
1122 East Green Street
Suite 200
Pasadena, CA 91106-2500

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services
P.O. B0X 3608
Dublinp OH 43016

(d)BMW Financial Services
P.O. Box 3608
Dublin OH 43016

U.S. Small Business Administration
Office of General Counsel
312 North Spring Street 5th Floor
Los Angeles, CA 90012

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(d)PACCAR Financial Corporation
2180 Satelite Blvd
Suite 200
Duluth, GA 30097-4927

(d)Westside Tow and Transport Inc
2535 Townsgate Road
Westlake Village CA 91361-5965

End of Label Matrix
Mailable recipients    67
Bypassed recipients     3
Total                  70